U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 15 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LINDA ROLLINS | CIVIL ACTION NO. 08-0387 |
| VERSUS | DISTRICT JUDGE WALTER |
| ST. JUDE MEDICAL, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Record Document 83] and the Memorandum Order [Record Document 82] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [Record Document 53] is **DENIED**, without prejudice to the right to re-file the motion following discovery, if appropriate. FED. R. CIV. P. 56(f).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___15___ day of October, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE