U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 2 1 2010

TONY R. MO... CLERK
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **LINDA ROLLINS** | * | **CIVIL ACTION NO. 08-0387** |
| **VERSUS** | * | **JUDGE DONALD E. WALTER** |
| **ST. JUDE MEDICAL, INC.** | * | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that defendant's motion for attorney's fees and costs (doc. # 163) be **GRANTED** to the extent that the motion seeks sanctions for plaintiff's attorneys' opposition to defendant's motion to exclude Dr. Jones as an expert witness, and that defendant be awarded $4,024 in attorney's fees and costs.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that defendant's motion for attorney's fees and costs be otherwise **DENIED.**

THUS DONE AND SIGNED this _21_ day of _September_, 2010, in Shreveport, Louisiana.

Donald E. Walter
United States District Judge